**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ALASKAN INDEPENDENCE PARTY;
LINDA WINKELMAN; ALASKA
LIBERTARIAN PARTY, INC.; SCOTT
KOHLHAAS,
              *Plaintiffs-Appellants,*

          v.

STATE OF ALASKA, Division of
Elections; LOREN LEMAN
Lieutenant Governor,
              *Defendants-Appellees.*

No. 07-35186

D.C. No.
CV-06-00040-TMB

ORDER
AMENDING
OPINION

Filed October 22, 2008

Before: Dorothy W. Nelson, A. Wallace Tashima and
Raymond C. Fisher, Circuit Judges.

---

**ORDER**

A docketing error based on appellants' notice of appeal
resulted in the court erroneously referring to appellants as
"Alaska Independence Party" instead of "*Alaskan Indepen-
dence Party*". Therefore, the opinion filed October 6, 2008, at
slip op. 14117, is amended as follows:

The caption of the opinion shall read:

ALASKAN INDEPENDENCE PARTY;
LINDA WINKELMAN; ALASKA
LIBERTARIAN PARTY, INC.; SCOTT
KOHLHAAS,
                    *Plaintiffs-Appellants,*

                v.

STATE OF ALASKA, Division of
Elections; LOREN LEMAN
Lieutenant Governor,
                    *Defendants-Appellees.*

No. 07-35186

D.C. No.
CV-06-00040-TMB

OPINION

In addition, any reference to "Alaska Independence Party" throughout the opinion shall be replaced with "Alaskan Independence Party."

The Clerk of Court is instructed to amend the court docket to reflect the correct name of the parties.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.